IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0064

MONTANA ENVIRONMENTAL INFORMATION CENTER and SIERRA CLUB,

       Plaintiffs and Appellees,

  vs.

WESTERN ENERGY CO., NATURAL RESOURCE PARTNERS, L.P., INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 400, and NORTHERN CHEYENNE COAL MINERS ASSOCIATION,

       Respondent-Intervenors and Appellants,

  and

MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY,

       Respondent and Appellant,

  and

MONTANA BOARD OF ENVIRONMENTAL REVIEW,

       Respondent and Appellant.

**ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE BRIEF**

On appeal from the Montana Sixteenth Judicial District Court, Rosebud County, Cause No. DV 19-34, the Honorable Katherine M. Bidegaray, Presiding

Upon consideration of the unopposed motion for extension of time filed by Petitioners-Appellees Montana Environmental Information Center and Sierra Club (Conservation Groups) and good cause appearing, the motion is GRANTED. Accordingly, Conservation Groups shall file their combined response brief on or before October 10, 2022.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 2 2022